# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2025-2562
Lower Tribunal No. 1975-CF-000107

———————————————

EDGAR E. OLIVER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Collier County.
Joseph G. Foster, Judge.

May 1, 2026

PER CURIAM.

AFFIRMED. *See Ratliff v. State*, 914 So. 2d 938, 940 (Fla. 2005) ("[T]he Legislature, by prescribing a sentence of life imprisonment, intends that the defendant remain in prison for the rest of his life. The term 'life' is sufficiently definite so that it can be understood and applied.").

NARDELLA, WHITE and PRATT, JJ., concur.

Edgar E. Oliver, Bushnell, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED